UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRUCE A. TISON, Executor/
Administrator for the
ESTATE OF CHARLES G. TISON,

        NO. CIV. S-04-1997 LKK/GGH

    Plaintiff,

  v.                            O R D E R

UNITED STATES OF AMERICA,

    Defendant.
_____/

    The court is in receipt of a motion by defendant to dismiss for lack of jurisdiction or, in the alternative, for summary judgment. Defendant has noticed the motion for hearing on the court's January 17, 2006 law and motion calendar. Pursuant to the court's Status Order issued on July 22, 2005, law and motion was to be completed by January 15, 2006. Specifically, the order provides that "completed" means that all law and motion matters must be **heard** by the January 15, 2006 deadline.

////

1

1    Defendant's motion to dismiss or, in the alternative, for
2 summary judgment is therefore untimely and is denied as such.
3    IT IS SO ORDERED.
4    DATED:  December 20, 2005

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2