McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2760

PAUL S. HAM
GOUD P. MARAGANI
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Telephone: (202) 302-6513
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE A. TISON,<br>EXECUTOR/ADMINISTRATOR for the<br>ESTATE OF CHARLES G. TISON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. S-04-1997 LKK GGH<br><br>**STIPULATED AMENDMENT TO THE FINAL PRETRIAL ORDER, and ORDER** |

The parties, through their undersigned counsel, subject to the approval of the Court as provided for hereon, stipulate that paragraph 2 at the bottom of page 11 of the Pretrial Conference Order [Final]

////

STIPULATED ORDER                                  - 1 -                                  1831948.1

1 | entered on May 18, 2006, should be and is deleted.

2 |                                              McGREGOR W. SCOTT
                                                 United States Attorney
3 |                                              YOSHINORI H. T. HIMEL #66194
                                                 Assistant United States Attorney
4 |

5 | Dated this 7th day of July, 2006.            /s/ - Paul Ham
                                                 PAUL S. HAM
6 |                                              GOUD P. MARAGANI
                                                 Trial Attorneys, Tax Division
7 |                                              United States Department of Justice
                                                 P.O. Box 683, Ben Franklin Station
8 |                                              Washington, DC  20044-0683
                                                 Telephone: (202) 307-6421
9 |                                              Telephone: (202) 302-6513
                                                 Facsimile:  (202) 307-0054
10 |

11 |                                             Attorneys for the United States of America

12 |                                             KAY U. BROOKS
                                                 W. SCOTT CAMERON
13 |                                             Weintraub Genshlea Chediak Sproul

14 |

15 | Dated this 2nd day of August, 2006.         /s/ - R. Todd Luoma
                                                 R. TODD LUOMA
                                                 Law Offices of R. Todd Luoma
16 |                                             3600 American River Dr., Suite 135
                                                 Sacramento, CA 95864
17 |                                             Telephone: (916) 971-2440
                                                 Facsimile: (916) 971-2444
18 |
                                                 Attorneys for Bruce Tison
19 |

20 |

21 |                                   ORDER

22 |    Good cause having been shown, the stipulation is APPROVED.  Paragraph 2 at the bottom of

23 | page 11 of the Pretrial Conference Order [Final] entered on May 18, 2006, is DELETED.

24 |

25 | DATED: August 23, 2006

26 |                                             /s/ Lawrence K. Karlton
                                                 LAWRENCE K. KARLTON
27 |                                             SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT
28 |

STIPULATED ORDER                       - 2 -                                        1831948.1