UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRUCE A. TISON, Executor/
Administrator for the
ESTATE OF CHARLES G. TISON,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendants.
_____/

NO. CIV. S-04-1997 LKK/GGH

O R D E R

Pending before the court is plaintiff's renewed motion for judgment as a matter of law. A party may renew its motion for judgment as a matter of law,

> [i]f for any reason, the court does not grant a motion for judgment as a matter of law made at the close of all the evidence, the court is considered to have submitted the action to the jury subject to the court's later deciding the legal questions raised by the motion. The movant may renew its request for judgment as a matter of law by filing a motion no later than 10 days after the entry of judgment.

Fed. R. Civ. P. 50(b). A renewed motion for judgment as a matter

1

1 of law is proper when the evidence construed in the light most
2 favorable to the non-moving party permits only one reasonable
3 conclusion as to the verdict and that conclusion is contrary to the
4 jury's verdict. See Air-Sea Forwarders, Inc. v. Air Asia Co., 880
5 F.2d 176, 181 (9th Cir. 1989). When evaluating such a motion, "the
6 court must draw all reasonable inferences in favor of the nonmoving
7 party, and it may not make credibility determinations or weigh the
8 evidence." Reeves v. Sanderson Plumbing Prods., Inc., 530 U.S.
9 133, 150 (2000).

10   In the case at bar, the evidence is not contrary to the jury's
11 verdict. Dr. Henry Go, Charles Tison's physician, testified that
12 Mr. Tison was generally healthy. See Trial Transcript ("TT") pg.
13 329-333. Other witnesses also testified that Mr. Tison was able
14 to work, and able to manage his finances. See, e.g., testimony of
15 Toshiko Hamada, TT pg. 200-202. The jury decided to believe this
16 testimony in finding that plaintiff was not disabled as defined by
17 the Internal Revenue Code. The plaintiff bore the burden at trial,
18 and, as evidenced by the verdict, he failed to meet his burden.

19   For these reasons, as well as the reasons set forth in the
20 government's opposition brief, the court finds that the evidence
21 is not contrary to the jury's verdict. Accordingly, plaintiff's
22 motion for judgment as a matter of law is DENIED.

23   IT IS SO ORDERED.
24   DATED: February 27, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT